UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER BENNETT, JR., <br><br>        Plaintiff <br><br> vs. <br><br> ADVANCED CABLE CONTRACTORS, INC., et al. <br><br>        Defendant(s) | CIVIL ACTION FILE <br><br> NO. 1:12-cv-1407-RWS |

## J U D G M E N T

This action having come before the court, Richard W. Story, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** for want of prosecution.

Dated at Atlanta, Georgia this 30th day of October, 2012.

                                      JAMES N. HATTEN
                                      CLERK OF COURT


                       By:  s/Barbara D. Boyle
                                  Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 30, 2012
James N. Hatten
Clerk of Court


By: B. D. Boyle
      Deputy Clerk